Magistrate Judge J. Kelley Arnold

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

LATREVIA DAVENPORT,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.

NO. C06-5147FDB

STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties that the Briefing Schedule set forth in the Court's Order of June 12, 2006, is hereby extended as follows:

Plaintiff's Opening Brief to be filed on or before August 2, 2006.

Defendant's Response Brief to be filed on or before August 23, 2006.

Plaintiff's Reply Brief to be filed on or before September 8, 2006.

DATED this 7th of July 2006.

| | |
|---|---|
| Charles W. Talbot | Approved by telephone call from Laura Day on July 7, 2006   /s/ |
| Charles W. Talbot, WSBA # 7448 | Brian C. Kipnis |
| Attorney for Plaintiff | Attorney for Defendant |

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 1

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

# ORDER

Based upon the foregoing stipulation, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that the briefing schedule in this case shall be modified as follows:

Plaintiff's Opening Brief to be filed on or before August 2, 2006.

Defendant's Response Brief to be filed on or before August 23, 2006.

Plaintiff's Reply Brief to be filed on or before September 8, 2006.

DATED this 18th day of July, 2006.

                                             */s/ J. Kelley Arnold*
                                             J. Kelley Arnold
                                             United States Magistrate Judge

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300