UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LATREVIA DAVENPORT,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C06-5147FDB<br><br><br><br>ORDER FOR EXTENSION |

Based upon Stipulation between the parties, it is hereby ORDERED that the Defendant shall have an extension to and including September 13, 2006, to file a response to Plaintiff's opening brief.  It is further ORDERED that Plaintiff shall have to and including September 27, 2006, to file Plaintiff's Reply Brief.

DATED this 23rd day of August, 2006.

　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　ORDER - [C06-5147FDB]

1  Presented by:

2  s/ JEFFREY BAIRD
3  Special Assistant U.S. Attorney
   Office of the General Counsel
4  701 Fifth Avenue, Suite 2900 MS/901
   Seattle, Washington 98104-7075
5  Telephone: (206) 615-2205
6  FAX: (206) 615-2531
   jeffrey.h.baird@ssa.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2        ORDER - [C06-5147FDB]